Commonwealth *v.* 2101 Cooperative, Inc.,
Appellant.

Argued May 23, 1962. Before Bell, C. J., Mus-
manno, Jones, Cohen, Eagen and O'Brien, JJ.

*William A. Kelley, Jr.,* with him *Robert K. Green-field,* and *Folz, Bard, Kamsler, Goodis & Greenfield,* for appellant.

*Morris J. Dean,* Deputy Attorney General, with him *David Stahl,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1962:
Judgments affirmed on opinions of Judge HOMER L. KREIDER. Costs on appellant.

## Clark, Appellant, *v.* Rutecki.

Argued May 24, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

reargument refused July 12, 1962.